UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS CABRERA CONTRERAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a foreign profit corporation; CHIPOTLE MEXICAN GRILL OF COLORADO, LLC, a foreign limited liability company; CHIPOTLE SERVICES, LLC, a foreign limited liability company; CMG STRATEGY CO., LLC, a foreign limited liability company; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:26-cv-01464-JHC<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

This matter comes before the Court on the parties' joint status report and stipulation to remand (Dkt. # 19). Having considered the stipulation, and being fully advised on the matter, the Court REMANDS this action to King County Superior Court and DIRECTS the Clerk to mail a copy of this Order to the state court.

Dated this 1st day of October, 2026.

John H. Chun
United States District Judge